ORIGINAL

```
 1  NIELSEN, MERKSAMER, PARRINELLO,
        MUELLER & NAYLOR
 2  ANDREW M. WOLFE, ESQ. (State Bar #114076)
    591 Redwood Highway, #4000
 3  Mill Valley, California 94941
    Telephone: (415) 389-6800
 4
    COUNTY OF TULARE COUNTY COUNSEL
 5  KATHLEEN BALES-LANGE, ESQ. (State Bar #094765)
    2900 West Burrell
 6  Visalia, CA. 93291
    Telephone: (209) 733-6263
 7
    Attorneys for Defendants
 8  COUNTY OF TULARE and BUTCH COLEY
```

FILED

MAY 26  3:29 PM '99

LODGED

MAY 26 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                   DEPUTY

IN THE UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL MORALES, et al., | CASE NO: CV-F-93-5001 SMS |
| Plaintiffs, | |
| v. | |
| DARREL L. TULLY, et al., | |
| Defendants. | |
| IRENE ZAPATA MARTINEZ, | CASE NO.: CV-F-92-5236 SMS |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** [F.R. Civ. P. 41(a)(2)] |
| v. | |
| DARREL L. TULLY, et al., | |
| Defendants. | |

These actions having been settled, the parties now stipulate that these actions be dismissed with prejudice pursuant to

/ / /

STIPULATION & ORDER OF DISMISSAL          1

Federal Rule of Civil Procedure 41(a)(2).

Dated: May 20, 1999         MORRISON & FOERSTER

By: _____
    ARTURO J. GONZALEZ
Attorneys for Plaintiffs

Dated: May 13, 1999         NIELSEN, MERKSAMER, PARRINELLO,
                            MUELLER & NAYLOR

By: _____
    ANDREW M. WOLFE
Attorneys for Defendants
County of Tulare and Butch Coley

APPROVED AND SO ORDERED.

Dated: May 26, 1999         By _____
                               SANDRA M. SNYDER,
                               UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER OF DISMISSAL        2

United States District Court
for the
Eastern District of California
May 27, 1999

* * CERTIFICATE OF SERVICE * *

1:92-cv-05236

Martinez

v.

Tully

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  May 27, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

SMS

Robert Y Chan
131 Steuart St
4th Floor
San Francisco, CA   94105

Michael Duane Ott
Ericksen Arbuthnot Brown Kilduff and Day
2440 W Shaw Avenue
Suite 101
Fresno, CA   93711

John Laurence Rozier
Hurlbutt Clevenger Long Rauber and Nelson
PO Box 1471
615 South Atwood Street
Visalia, CA   93279

James Richard Parrinello
Nielsen Mersamer Hodgson Parrinello and Mueller
591 Redwood Highway
Suite 4000
Mill Valley, CA   94941

by: [signature]